# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Robert R. Liebling, Lily L. Zhao

**DEFENDANTS**
Christina Poulos, Emilio Gonzalez, Michael Mukaskey, Michael Chertoff

**(b)** County of Residence of First Listed Plaintiff: Cook County (Hinsdale, IL)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Orange County (California)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott Bratton - 3150 Chester Ave., Cleveland, OH 44114
(216)566-9908

Attorneys (If Known)
U.S. Attorney Office

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

07CV6406
JUDGE DARRAH
MAG. JUDGE KEYS

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[x] 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

28USC1331, 2201, 1361, 1391; 5USC 555, 701 - mandamus based on the failure of the defendants to adjudicate the I-130 petition

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:

DEMAND $
JURY DEMAND: [ ] Yes [x] No

## IX. This case

[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 11/13/2007
SIGNATURE OF ATTORNEY OF RECORD

FILED
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT