# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Robert Liebling et al. v. Christina Poulos et al.

**07CV6406**
**JUDGE DARRAH**
**MAG. JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Liebling, Lily Zhao (Plaintiffs)

| | |
|---|---|
| **NAME** (Type or print)<br>Scott Bratton | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| **FIRM**<br>Margaret Wong & Associates Co., LPA | **FILED** |
| **STREET ADDRESS**<br>3150 Chester Ave. | 13<br>NOV 1 3 2007 |
| **CITY/STATE/ZIP**<br>Cleveland, OH 44114 | **MICHAEL W. DOBBINS**<br>**CLERK, U.S. DISTRICT COURT** |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER**<br>(216)566-9908 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐