AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Robert R. Liebling, Lily L. Zhao

CASE NUMBER: 07CV6406

V.

AS JUDGE DARRAH

Christina Poulos, Emilio Gonzalez, Michael Mukaskey, Michael Chertoff

DE M. MAG. JUDGE KEYS

TO: (Name and address of Defendant)

• Christina Poulos, Director
USCIS – California Service Center
24000 Avila Rd.
2nd Floor, Rm. 204
Laguna Niguel, CA 92677

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Bratton
3150 Chester Ave.
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

LIRI ISUFI

(By) DEPUTY CLERK

NOV 13 2007

DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/27/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Scott Bratton | TITLE Attorney |

*Check one box below to indicate appropriate m...*

G Served personally upon the defen...

G Left copies thereof at the defenda... discretion then residing therein.

Name of person with whom the su...

G Returned unexecuted:

XXX Other (specify): certif...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christina Poulos, Director
USCIS - California Service Center
24000 Avila Rd.
Laguna Niguel, CA 92677

2. Article Number (Transfer from service label) 7007 0710 0005 4010 4345

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED BY USCIS
11-27-07

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 7.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/09/08
Date

[signature]
*Signature of Server*

3150 Chester Ave., Cleveland, OH 44114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.