# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Robert R. Liebling, Lily L. Zhao

CASE NUMBER:

V.

Christina Poulos, Emilio Gonzalez, Michael Mukaskey, Michael Chertoff

**07CV6406**
**JUDGE DARRAH**
**MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

• Michael Chertoff, Secretary, Department of Homeland Security
United States Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Bratton
3150 Chester Ave.
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, within ____sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**LIRI ISUFI**

(By) DEPUTY CLERK

NOV 13 2007

DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/30/07 |
| NAME OF SERVER (PRINT) Scott Bratton | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

XX Other (specify): certified mail

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Chertoff
    Secretary - DHS
    Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Frances Adam_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Date of Delivery  NOV 2007

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0005 4010 4338

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $7.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/09/08
              Date              Signature of Server

              3150 Chester Ave., Cleveland, OH 44114
              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.