# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Robert R. Liebling, Lily L. Zhao

V.

Christina Poulos, Emilio Gonzalez, Michael Mukaskey, Michael Chertoff

CASE NUMBER:

**07CV6406**
**JUDGE DARRAH**
**MAG. JUDGE KEYS**

TO: (Name and address of Defendant)

- Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services
20 Massachusetts Ave., NW
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Bratton
3150 Chester Ave.
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

LIRI ISUFI                                                                 NOV 13 2007

(By) DEPUTY CLERK                                                         DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/26/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scott Bratton | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.

G  Left copies thereof at the defendant's discretion then residing therein.

Name of person with whom the su...

G  Returned unexecuted:

XX Other (specify):  certif

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio Gonzales
Director- USCIS
Washington, DC 20529

2. Article Number
(Transfer from service label)  7007 0710 0005 4010 4314

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DHS                              11/26-07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $7.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/09/08
            Date           Signature of Server

3150 Chester Ave., Cleveland, OH 44114
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.