# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Robert R. Liebling, Lily L. Zhao

CASE NUMBER:

V.

**07CV6406**
**JUDGE DARRAH**
**MAG. JUDGE KEYS**

Christina Poulos, Emilio Gonzalez, Michael Mukaskey, Michael Chertoff

TO: (Name and address of Defendant)

• Michael Mukaskey, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Bratton
3150 Chester Ave.
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, within _____sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

LIRI ISUFI                                                                  NOV 13 2007

(By) DEPUTY CLERK                                                           DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 11/20/07 |
| NAME OF SERVER (PRINT) Scott Bratton | TITLE Attorney |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant. Place where served:

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left:

G  Returned unexecuted: _____

☒  Other (specify): certified mail

**[Certified mail receipt shown:]**

1. Article Addressed to:

   Michael Mukasey
   Attorney General
   Washington, DC 20530

2. Article Number: 7007 0710 0005 4010 4321

3. Service Type: ☒ Certified Mail, ☒ Return Receipt for Merchandise

A. Signature: [signed] Emmitt L. Parker
B. Received by (Printed Name): [illegible]
C. Date of Delivery: NOV 20 2007

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $7.50 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/09/08
             Date

Signature of Server: [signed]

3150 Chester Ave., Cleveland, OH 44114
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.