UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT R. LIEBLING,<br>LILY L. ZHAO, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 07 C 6406 |
| v. | )<br>) | Judge: Darrah |
| CHRISTINA POULOS, Director of Citizenship and<br>Immigration Services, California Service Center, et al., | )<br>)<br>) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Sheila McNulty
    SHEILA McNULTY
    Special Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8788

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:    ATTORNEY DESIGNATION were served on JANUARY 16, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

```
                                    s/Sheila McNulty
                                    SHEILA McNULTY
                                    Special Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 353-8788
```