UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT R. LIEBLING, <br> LILY L. ZHAO, | ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | No. 07 C 6406 |
| v. | ) <br> ) | Judge Darrah |
| CHRISTINA POULOS, Director of Citizenship and Immigration Services, California Service Center, et al. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**STIPULATED DISMISSAL OF THE COMPLAINT FOR MANDAMUS**

This case comes before the court based upon plaintiffs' complaint for mandamus, filed on November 13, 2007, to order the Citizenship and Immigration Services to perform their duty in adjudicating an I-130 visa petition filed on behalf of plaintiff Zhao. However, the visa petition has been adjudicated and approved by the defendant CIS. The plaintiff has been granted the visa petition as of January 18, 2008. The parties have agreed to the dismissal of the case with prejudice as the complaint is moot.

Respectfully Submitted,

By: s/ Scott Bratton
Scott E. Bratton, Esq.
Attorney for the Plaintiffs
3150 Chester Avenue
Cleveland, OH 44114

By: s/ Sheila McNulty
Sheila McNulty, Esq.
Special Assistant U.S. Attorney
219 S. Dearborn Street
Chicago, IL. 60604

Dated: January 23, 2008

## **CERTIFICATE OF SERVICE**

      The undersigned Special Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:
         Stipulated Dismissal of the Complaint for Mandamus

was served via U.S. mail

 Scott E. Bratton, Esq.
Attorney for the Plaintiffs
3150 Chester Avenue
Cleveland, OH 44114

Dated: January 23, 2008

                                                 /s SHEILA MCNULTY
                                               SHEILA MCNULTY
                                               Assistant United States Attorney
                                             219 South Dearborn Street
                                             Chicago, Illinois 60604
                                             (312) 353-8788